Opinion issued May 30, 2002







In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-01-01104-CV

____________


JASON ERIC GONZALES, Appellant

V.

EDITH M. ALMOGABAR, Appellee






On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2000-53312






O P I N I O N

 The Court today considered appellant's motion to dismiss appeal filed by appellant,
Jason Eric Gonzales. Appellant's motion is granted and this appeal is dismissed. Tex. R.
App. P. 42.1(a). All pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate immediately. Tex. R. App. P. 18.1.

PER CURIAM


Panel consists of Chief Justice Schneider and Justices Hedges and Nuchia. 

Do not publish. Tex. R. App. P. 47.